AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

Southern District of Iowa

| | |
|---|---|
| United States of America<br>v.<br><br>SEAN MICHAEL WARD<br>*Defendant* | )<br>)  Case No.  4:13-CR-088<br>)<br>)<br>) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Sean Michael Ward                                               ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

Title 18 U.S.C. Section 922 and 924 - Felon in Posession of a Firearm

WARRANT ISSUED

MARJORIE E. KRAHN, Clerk

By: *Kyle M. Chrismer*
DEPUTY CLERK

Date: July 23, 2013

Ross A. Walters, U.S. Magistrate Judge
*Name and Title of Issuing Officer*

City and state:   Des Moines, Iowa

---

**Return**

This warrant was received on *(date)* 7/23/13 , and the person was arrested on *(date)* 7/25/13
at *(city and state)* Urbandale, IA.

Date: 7/26/13

*signature*
*Arresting officer's signature*

Philip Pritchett   SrA
*Printed name and title*