September 8, 2014

TO: Clerk of Court
United States District Court
Room 300
123 East Walnut Street
Des Moines, IA 50309

AND

TO: United States Attorney's Office
ATTN: Maureen McGuire, AUSA
110 E. Court Avenue Suite 286
Des Moines, IA 50309

**RECEIVED**

SEP 1 2 2014

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

To whom it may concern,

I received notice to file this claim for our property that stolen from our property of 623 SW 6th Street. It was held by you to be used in a trail against Sean Ward. We are filing for the property to be retuned to us.

The property that you have that belongs to us is a RG Industries Model RG 14 .22 Caliber Revolver and Ammunition.

We request that this property be returned to us at your earliest convenience or you please inform us how we should collect our property.

I would certainly appreciate it, if you would let me know if you need any further information from us or if this is not enough information to claim our property. I have never had to do this before so I'm not 100% sure how this is done.

Thank you very much for your time.

Berniece Coe
_Berniece Coe_

Crystal Coe-Benedict
_Crystal Coe-Benedict_

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Criminal No. 4:13-cr-00088 |
| v. | ) | |
| | ) | |
| SEAN MICHAEL WARD, | ) | NOTICE OF JUDICIAL FORFEITURE |
| | ) | |
| Defendant. | ) | |

**DATE OF NOTICE:** August 26, 2014

**TO:** Crystal Coe
623 S.W. 6th Street
Stuart, IA 50250

You are given notice that on June 10, 2014, in the above-captioned case, an order was entered condemning and forfeiting to the United States of America certain property listed in the enclosed Preliminary Order of Forfeiture. The United States gives notice of its intent to dispose of the property in such manner as the Attorney General of the United States may direct.

Anyone having or claiming a legal right, title or interest in any of the properties forfeited must, within thirty (30) days of the final publication of this notice or receipt of this notice, whichever is earlier, petition the United States District Court for the Southern District of Iowa for a hearing to adjudicate the validity of his/her alleged interest in the property pursuant to 21 U.S.C. § 853(n). If a hearing is requested, it will be held before the Court without a jury. Claimants will bear the burden of proof in all such cases. Petitions that fail to allege an interest sufficient to maintain a claim under 21 U.S.C. § 853(n) will be subject to dismissal without a hearing.

The petition must be signed by the petitioner under penalty of perjury and must identify the particular property or properties in which the petitioner claims a legal right, title or interest; the nature and extent of the interest in each property; the time and circumstances of the petitioner's acquisition of the interest in each property; and any additional facts and documents supporting the petitioner's claim and the relief sought. *See* 21 U.S.C. § 853(n). Corporate persons may only file claims if represented by counsel.

A hearing on the petition shall, to the extent practicable and consistent with the interests of justice, be held within thirty (30) days of the filing of the petition. The petitioner may testify and present evidence and witnesses on the petitioner's own behalf and cross-examine witnesses who appear at the hearing.

From: PO Box 243
Panora, IA
50216

Clerk of Court
United States District Court
Room 300
123 East Walnut ST
Des Moines, IA 50309