IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Criminal No. 4:13-cr-00088 |
| v. ) | |
| ) | |
| SEAN MICHAEL WARD, ) | |
| ) | |
| Defendant. ) | |

UNITED STATES' RESPONSE TO CLAIM

The United States responds to the claim filed by Berniece Coe and Crystal Coe-Benedict, stating as follows:

1. A Preliminary Order of Forfeiture was entered forfeiting the following property: RG Industries, model RG14, .22 caliber revolver. (Doc. #43).

2. A claim to the property was filed by Berniece Coe and Crystal Coe Benedict in which they state that this property belongs to them and that it had been stolen from them. (Doc. #58).

3. The United States has no objection to returning the RG Industries, model RG14, .22 caliber revolver to them when this criminal case is completed, including any appeals.

    Respectfully Submitted,

    Nicholas A. Klinefeldt
    United States Attorney

By:   */s/Maureen McGuire*
    Maureen McGuire
    Assistant United States Attorney
    U. S. Courthouse Annex, 2nd Floor
    110 E. Court Avenue
    Des Moines, Iowa 50309
    Tel: (515) 473-9354
    Fax: (515) 473-9292
    Email: maureen.mcguire@usdoj.gov

CERTIFICATE OF SERVICE

  I hereby certify that on September 15, 2014, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system. I hereby certify that a copy of this document was served on the parties or attorneys of record by:

   __X__U.S. Mail ____ Fax____Hand Delivery__X__ECF/Electronic filing____Other means

Berniece Coe
Crystal Coe-Benedict

                   UNITED STATES ATTORNEY
              By:  _/s/ K. Ramirez_____
                   Paralegal Specialist